IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:

Peter Stasyuk

, Debtor(s)

Case No.: 09-00883

Judge: Cassling

Chapter: 7

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 18 2014
JEFFREY P. ALLSTEADT, CLERK
PS REP. - MBM

**NOTICE OF MOTION**

TO:   See Attached Service List

PLEASE TAKE NOTICE that on ___May 2nd___ at ___11 AM___ or as soon thereafter as I may be heard, I shall appear before the Honorable Judge ___Cassling___ or any other Bankruptcy Judge presiding in his/her place in

____ Room _____, the courtroom usually occupied by said Judge, in the Dirksen Federal Building, 219 S. Dearborn, Chicago, IL 60604.

____ DuPage County Courthouse, 505 N. County Farm Road, Courtroom 4016, Wheaton, IL.

____ Will County Court, Annex Building, 57 N. Ottawa Street, Room 201, Joliet, IL 60432.

____ North Branch Court, 1792 Nicole Lane, Round Lake Beach, IL 60073

__✓__ Kane County Courthouse, 100 S. Third Street, Room 140, Geneva, IL.

and then and there present my motion.

**PROOF OF SERVICE**

The undersigned does hereby certify that a copy of this Notice and Motion was delivered by means of ___US First class mail___ to the persons listed above at their respective addresses on or before ___04/21/2014___

___Peter Stasyuk___
Debtor, Pro Se

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Peter Stasyuk<br>Debtor(s) | Case No.: 09-00883<br>Chapter: 7   *P.S.*<br><br>Judge John H. Squires  /Judge Cassling |

*Motion to Reopen Proceedings*
*and* EX-PARTE APPLICATION TO REOPEN CLAIM CASE NUMBER 09--00883
UNDER 11 USC SECTION 350(b), GOOD CAUSE, ENFORCEMENT OF STANDING ORDER

---

To the Honorable Bankruptcy Judge,

COME NOW, Debtors/Applicants PETER STASYUK and VALENTINA STASYUK and apply to have their case reopened and respectively represent:

1. On January 14, 2009 Applicants filed a petition for relief under chapter 7 of title 11 of the United States code, and on April 14, 2009 said case was closed with an order of Discharge under 11 USC section 727. See Annex 1.

2. Applicants seek to reopen the case in order to combine current and past matters as protected under the Bankruptcy Court. Motion presented herewith reopening debtor's case by ex parte application is for the purpose of seeking relief as set forth in the Motion filed and authorized under 11 USC Section 350(b).

WHEREFORE applicants pray the above entitled case to be reopened for the purpose of the protection of the standing Chapter 7 bankruptcy case order.

Dated this April 18, 2014.

Date 4, 18, 2014                        Date 04/18/2014
Signed: *Peter Stasyuk*                 Signed: _____
Peter Stasyuk                           Valentina Stasyuk

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 18 2014
JEFFREY P. ALLSTEADT, CLERK
PS REP. - MBM

**PAID**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 18 2014
JEFFREY P. ALLSTEADT, CLERK
PS REP. - MBM

B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 09-00883
Chapter 7

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Peter Stasyuk
329 S. Warwick Ave.
Westmont, IL 60559

Valentina Stasyuk
329 S. Warwick Ave.
Westmont, IL 60559

Social Security / Individual Taxpayer ID No.:
xxx-xx-8009

xxx-xx-8008

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: April 14, 2009

Kenneth S. Gardner, Clerk
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are *not* discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# Notice Recipients

| | |
|---|---|
| District/Off: 0752-1 | User: gbeemster |
| Case: 09-00883 | Form ID: b18 |

Date Created: 4/14/2009
Total: 19

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Peter Stasyuk | 329 S. Warwick Ave. | Westmont, IL 60559 |
| jdb | Valentina Stasyuk | 329 S. Warwick Ave. | Westmont, IL 60559 |
| tr | David R Brown, ESQ | Springer Brown Covey Gaertner &Davis    400 South County Farm Road    Suite 330    Wheaton, IL 60187 | |
| aty | Alexey Y Kaplan | Kaplan Law Offices P C    4043 West Dempster Street    Skokie, IL 60076 | |
| 13041154 | Amex | P.O. Box 981537    El Paso, TX 79998 | |
| 13041155 | Bk Of Amer | 4060 Ogletown/Stan    Newark, DE 19713 | |
| 13041156 | Capital One Fa | Attn- Credit Burea    Plano, TX 75093 | |
| 13041158 | Chase | Bank One Card Serv    Westerville, OH 43081 | |
| 13041157 | Chase | Po Box 901039    Fort Worth, TX 76101 | |
| 13041159 | Citimortgage | Po Box 9438    Gaithersburg, MD 20898 | |
| 13041160 | Colonial Bk | 201 City National    Birmingham, AL 35203 | |
| 13041161 | Countrywide | 450 American St    Simi Valley, CA 93065 | |
| 13041162 | Discover Fin Svcs Llc | Po Box 15316    Wilmington, DE 19850 | |
| 13041163 | G. Michael Mahoney, Esq. | McLin &Burnsed, P.A.    PO Box 491357    Leesburg, FL 34749 | |
| 13041164 | Gemb/Sams | Po Box 981400    El Paso, TX 79998 | |
| 13041165 | Selfreliance Ukrainian | 2332 W Chicago Ave    Chicago, IL 60622 | |
| 13041166 | Selfrl Uk Cu | 2351 W Chicago Ave    Chicago, IL 60622 | |
| 13041167 | Tri-State Financial Services, Inc. | 601 W. Ogden Ave.    Downers Grove, IL 60515 | |
| 13041168 | Us Bank | Cb Disputes    Saint Louis, MO 63166 | |

TOTAL: 19

Annex 3

Prepared By:
Recording Requested By:
Keeping Kids In Their Home Foundation Corp
When Recorded mail this deed and
tax statement to:
Keeping Kids In Their Home Foundation Corp, as Trustee for
Abundant Life 122012 Trust
5077-109 Fruitville Rd, Suite 133
Sarasota, FL 34232

Parcel Identification: 09-10-317-002-0000

FRED BUCHOLZ
DUPAGE COUNTY RECORDER
JUN.21,2013   RHSP   11:43 AM
DEED          09-10-317-002
002 PAGES     R2013-090460

## WARRANTY DEED

THIS WARRANTY DEED, Executed this 20th day of OCTOBER, 2012, by Grantor, **KEEPING KIDS IN THEIR HOME FOUNDATION CORP**, as Trustee for **Abundant Life Trust**, A California Trust, of Los Angeles County, State of California, 3185 E. Washington Blvd, Suite B, Los Angeles, CA 90312, (Address), to the Grantee, **KEEPING KIDS IN THEIR HOME FOUNDATION CORP**, as Trustee for **Abundant Life 122012 Trust**, of Sarasota County, State of Florida, 5077-109 Fruitville Rd, Suite 133, Sarasota, FL 34232, (Mailing Address), as sole ownership.

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees.)

WITNESSETH, That the said Grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00), and other good and valuable considerations to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, does hereby remises, releases, bargains, grants, conveys and sells unto the said Grantee forever, all the right, title, interest and claim which the said Grantor has in and to the following described real estate, and improvements and appurtenances thereto in the County of DUPAGE, State of ILLINOIS, To Wit:

**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART THEREOF**

Physical Address: 329 S. WARWICK AVENUE, ILLINOIS 60559
Property Appraiser's Parcel I.D. No. 09-10-317-002-0000

Hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.

**TO HAVE AND TO HOLD** said real estate as sole ownership forever.

And the Grantor has good right and lawful authority to sell and convey said real estate; that the Grantor hereby fully warrants the title to said real estate and will defend the same against the unlawful claims of all persons whomsoever.

And the Grantor hereby grants and conveys to the said Grantee all rights to all encumbrances/notes/commets.

**IN WITNESS WHEREOF**, The said Grantors have signed and sealed these presents the day and year first above written.

**SELLER(S):**
Signature: [signature]
Print Name: ALEKSANDR F. FILIPSKIY, as agent for
KEEPING KIDS IN THEIR HOME FOUNDATION CORP,
as Trustee for Abundant Life Trust
Date: 10/20/2012

Signed, sealed and delivered in our presence
**WITNESSES:**
Signature: [signature]
Printed Name: _____

Signature: [signature]
Printed Name: _____

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument of 2 pages was acknowledged before me on this date: October 20th, 2012 by ALEKSANDR F. FILIPSKIY, as agent for KEEPING KIDS IN THEIR HOME FOUNDATION CORP, as Trustee for Abundant Life Trust, who [ ] is known to me or [x] produced the following FL DRIVER'S LICENSE as identification.

Signature: [signature]    My Commission Expires: 5-10-2015
Notary Public – State of Florida
Printed Name: Edward H Macneal Jr

(Seal)
EDWARD H MACNEAL JR
MY COMMISSION # EE092853
EXPIRES May 10, 2015

Personally known by ME.

Page 1 of 2

# EXHIBIT "A"

## PROPERTY LEGAL DESCRIPTION

Street Address: 329 S. WARWICK AVENUE, ILLINOIS 60559

County: DUPAGE

Property Identification Number: 09-10-317-002-0000

Legal Description:

> LOT 2 IN C. GOTTWALD BUILDER, INC., RESUBDIVISION OF LOTS 21 AND 22 IN BLOCK 4 IN ARTHUR T. McINTOSH AND COMPANY'S FAIRMONT PARK, BEING A SUBDIVISION IN THE SOUTHWEST ¼ OF SECTION 10, TOWNSHIP 38 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED OF SAID RESUBDIVISION RECORDED SEPTEMBER 16, 1955 AS DOCUMENT 773463, IN DUPAGE COUNTY, ILLINOIS.

Exempt under provisions paragraph ___F___
Section 31-45, Property Tax Code.

10/20/12   A. Flipsky
Date       Buyer, Seller or Representative

Recording Requested By: Prepared by
Keeping Kids In Their Home Foundation Corp
When Recorded mail this deed and
tax statement to:
KEEPING KIDS IN THEIR HOME FOUNDATION CORP
as Trustee for Abundant Life Trust
3185 E. Washington Blvd, Suite B,
Los Angeles, CA 90312
Parcel Identification: 09-10-317-002-0000



FRED BUCHOLZ
DUPAGE COUNTY RECORDER
AUG 22, 2012
DEED     09-10-317-002
005 PAGES   R2012-112924

## WARRANTY DEED

THIS WARRANTY DEED, Executed this 16th day of AUGUST, 2012, by Grantor, PETER STASYUK and VALENTINA STASYUK (see Exhibit B, C, D), husband and wife, of Dupage County, State of Illinois, 329 S. Warwick Avenue, Westmont, IL 60559, (Address) to the Grantee, KEEPING KIDS IN THEIR HOME FOUNDATION CORP, as Trustee for Abundant Life Trust, A California Trust, ("Grantee"), of Los Angeles County, State of California, 3185 E. Washington Blvd, Suite B, Los Angeles, CA 90312, (Address) as sole ownership.

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees.)

WITNESSETH, That the said Grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00), and other good and valuable considerations to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, does hereby remises, releases, bargains, grants, conveys and sells unto the said Grantee forever, all the right, title, interest and claim which the said Grantor has in and to the following described real estate, and improvements and appurtenances thereto in the County of DUPAGE, State of ILLINOIS, To Wit:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART THEREOF
Physical Address: 329 S. WARWICK AVENUE, ILLINOIS 60559  Westmont
Property Appraiser's Parcel I.D. No. 09-10-317-002-0000

Hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
TO HAVE AND TO HOLD said real estate as sole ownership forever.

And the Grantor has good right and lawful authority to sell and convey said real estate; that the Grantor hereby fully warrants the title to said real estate and will defend the same against the unlawful claims of all persons whomsoever.

And the Grantor hereby grants and conveys to the said Grantee all rights to all encumbrances/notes/contracts.

IN WITNESS WHEREOF, The said Grantors have signed and sealed these presents the day and year first above written.

GRANTOR:
Signature: _____
Print Name: PETER STASYUK

Signature: _____
Print Name: VALENTINA STASYUK

Signed, sealed and delivered in presence of:
WITNESSES:
Signature: _____
Print Name: _____

Signature: _____
Print Name: _____

STATE OF ILLINOIS
COUNTY OF _____

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that PETER STASYUK and VALENTINA STASYUK, husband and wife, personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons whose names are subscribed to the foregoing instrument of 2 pages, appeared before me this day in person, and acknowledged to me that they signed, sealed and delivered the said instrument of 2 pages as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

GIVEN UNDER MY HAND AND OFFICIAL SEAL, this ___ day of ___, 2012.

_____ Notary Public Signature
_____ Printed Name

OFFICIAL SEAL
A V PATEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5/22/2016

I certify that this is a copy of an instrument recorded in my office.
Fred Bucholz
Dupage County Recorder
Date: 6/21/13
Deputy: JB

Page 1 of 2                    Initials PS  VS

## EXHIBIT "A"

### PROPERTY LEGAL DESCRIPTION

Street Address: 329 S. WARWICK AVENUE, ILLINOIS 60559   *Westmont*

County: DUPAGE

Property Identification Number: 09-10-317-002-0000

Legal Description:

> LOT 2 IN C. GOTTWALD BUILDER, INC. RESUBDIVISION OF LOTS 21 AND 22 IN BLOCK 4 IN ARTHUR T. McINTOSH AND COMPANY'S FAIRMONT PARK, BEING A SUBDIVISION IN THE SOUTHWEST ¼ OF SECTION 10, TOWNSHIP 38 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED OF SAID RESUBDIVISION RECORDED SEPTEMBER 16, 1955 AS DOCUMENT 772463, IN DUPAGE COUNTY, ILLINOIS.

Exempt under provisions paragraph __e__
Section 31-45, Property Tax Code.

08-19-12    *Valentine Slaxyer*
Date        Buyer, Seller or Representative

Page 2 of 2                Initials  P.S.  V.S.

Exhibit B

# AFFIDAVIT
## FOR WARRANTY DEED

I, PETER STASYUK, whose name is signed to the foregoing instrument, having been duly qualified according to the law, do hereby acknowledge that I signed and executed this Warranty Deed; that I am of sound mind; that I am eighteen (18) years of age or older; that I signed it willingly and am under no constraint or undue influence; and that I signed it as my free and voluntary act for the purpose therein expressed.

I, PETER STASYUK, testify that since August 1, 2011 until August 16th, 2012, I have not sold or transferred 60 % (percent) in a Quitclaim Deed or Warranty Deed or Trustee Deed or Grant Deed any or all other interest of 60 % (percent) of Property-329 S. Warwick Avenue, Westmont, IL 60559 and Parcel ID #. 09-10-317-002-0000- to no person, persons or any company other than KEEPING KIDS IN THEIR HOME FOUNDATION CORP, as Trustee for Abundant Life Trust, A California Trust, and 40 % (percent) was transferred to Anthony Martinez through Quitclaim Deed on August 1, 2011, and no other Warranty Deed has been issued, created, or written by me before or after August 16th, 2012. I understand that after August 16th, 2012 I am not a legal owner and I give up all (100 % percent) of my ownership rights and interest of Property-329 S. Warwick Avenue, Westmont, IL 60559 and Parcel ID #. 09-10-317-002-0000- to KEEPING KIDS IN THEIR HOME FOUNDATION CORP, as Trustee for Abundant Life Trust, A California Trust.

Signature _____   Signed, sealed and delivered in my presence:
Print Name PETER STASYUK              Witness Signature _____
Date _____                       Print Name _____

STATE OF ILLINOIS
COUNTY OF _____

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that PETER STASYUK, a married man, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the foregoing instrument of 1 page, appeared before me this day in person, and acknowledged to me that he signed, sealed and delivered the said instrument of 1 page as his free and voluntary act, for the uses and purposes therein set forth.
GIVEN UNDER MY HAND AND OFFICIAL SEAL, this ____ day of _____, 2012.
_____ Notary Public Signature
_____ Printed Name

OFFICIAL SEAL
A V PATEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 02/2/2016

Home Foundation, Corp.

Affidavit
Keeping Kids in Their Home Foundation Corp – 3053 E. Washington Blvd., Suite B, Los Angeles, CA 90212 www.homefoundationcorp.org (Rev. 08/12)

FRED BUCHOLZ     R2012-112924     DUPAGE COUNTY RECORDER

Recording Requested By:

VALENTINA STASYUK

When Recorded mail this deed and
tax statement to: PREPARED

VALENTINA STASYUK
329 S. WARWICK AVENUE
WESTMONT, IL 60559

Parcel Identification: 09-10-317-002-0000

FRED BUCHOLZ
DUPAGE COUNTY RECORDER
FEB.10,2012   RHSP   11:32 AM
OCD                 09-10-317-002
002 PAGES   R2012-018767

# QUITCLAIM DEED

THIS QUITCLAIM DEED, Executed this 1st day of AUGUST, 2011, by Grantor(s), PETER STASYUK and VALENTINA STASYUK, husband and wife, of Dupage County, State of Illinois, 329 S. Warwick Avenue, Westmont, IL 60559, (Address), to the Grantee(s), PETER STASYUK and VALENTINA STASYUK, husband and wife, of Dupage County, State of Illinois, 329 S. Warwick Avenue, Westmont, IL 60559, (Address), and ANTHONY MARTINEZ, an individual, of Miami-Dade County, State of Florida, 9306 Mills Drive, Suite 501, Miami, FL 33183, (Address).

WITNESSETH, That the said Grantor, for good consideration, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said Grantee forever, all the right, title, interest and claim which the said Grantor has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of DUPAGE, State of ILLINOIS, To Wit:

Legal Description: LOT 2 IN C. GOTTWALD BUILDER, INC., RESUBDIVISION OF LOTS 21 AND 22 IN BLOCK 4 IN ARTHUR T. McINTOSH AND COMPANY'S FAIRMONT PARK, BEING A SUBDIVISION IN THE SOUTHWEST ¼ OF SECTION 10, TOWNSHIP 38 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED OF SAID RESUBDIVISION RECORDED SEPTEMBER 16, 1955 AS DOCUMENT 773463, IN DUPAGE COUNTY, ILLINOIS.

Street Address: 329 S. WARWICK AVENUE    City: WESTMONT    County: DUPAGE
Tax Number: 09-10-317-002-0000            State: ILLINOIS   Zip Code: 60559

IN WITNESS WHEREOF, The said Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in presence of:

Signature _____          Signature _____
Print Name: PETER STASYUK                   Print Name: _____
Capacity: Grantor                           Capacity: Witness

Signature _____          Signature _____
Print Name: VALENTINA STASYUK               Print Name: _____
Capacity: Grantor                           Capacity: Witness

STATE OF ILLINOIS
COUNTY OF DuPAGE

On FEB 10 2012 before me, RONALD JUNG _____ personally appeared
Peter Stasyuk, Valentina Stasyuk _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY that the foregoing paragraph is true and correct.

WITNESS my hand and official seal. Signature _____

OFFICIAL SEAL
RONALD JUNG
Notary Public, State of Illinois
My Commission Expires Dec. 10, 2012

Recording Requested By:

VALENTINA STASYUK

When Recorded mail this deed and tax statement to: PREPARED

VALENTINA STASYUK
329 S. WARWICK AVENUE
WESTMONT, IL 60559

Parcel Identification: 09-10-317-002-0000

FRED BUCHOLZ
DUPAGE COUNTY RECORDER
FEB.10,2012   RHSP   11:32 AM
QCD                 09-10-317-002
002 PAGES   R2012-018767

# QUITCLAIM DEED

THIS QUITCLAIM DEED, Executed this 1st day of AUGUST, 2011, by Grantor(s), PETER STASYUK and VALENTINA STASYUK, husband and wife, of Dupage County, State of Illinois, 329 S. Warwick Avenue, Westmont, IL 60559, (Address), to the Grantee(s), PETER STASYUK and VALENTINA STASYUK, husband and wife, of Dupage County, State of Illinois, 329 S. Warwick Avenue, Westmont, IL 60559, (Address), and ANTHONY MARTINEZ, an individual, of Miami-Dade County, State of Florida, 8306 Mills Drive, Suite 501, Miami, FL 33183, (Address).

WITNESSETH, That the said Grantor, for good consideration, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said Grantee forever, all the right, title, interest and claim which the said Grantor has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of DUPAGE, State of ILLINOIS, To Wit:

Legal Description: LOT 2 IN C. GOTTWALD BUILDER, INC., RESUBDIVISION OF LOTS 21 AND 22 IN BLOCK 4 IN ARTHUR T. McINTOSH AND COMPANY'S FAIRMONT PARK, BEING A SUBDIVISION IN THE SOUTHWEST ¼ OF SECTION 10, TOWNSHIP 38 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED OF SAID RESUBDIVISION RECORDED SEPTEMBER 16, 1955 AS DOCUMENT 773463, IN DUPAGE COUNTY, ILLINOIS.

Street Address: 329 S. WARWICK AVENUE   City: WESTMONT   County: DUPAGE
Tax Number: 09-10-317-002-0000   State: ILLINOIS   Zip Code: 60559

IN WITNESS WHEREOF, The said Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in presence of:

Signature _____
Print Name: PETER STASYUK
Capacity: Grantor

Signature _____
Print Name: VALENTINA STASYUK
Capacity: Grantor

Signature _____
Print Name: Oleksandr Filipski
Capacity: Witness

Signature _____
Print Name: Brianna L. Hersey
Capacity: Witness

I certify that this is a copy of an instrument recorded in my office.
Fred Bucholz
DuPage County Recorder
Date 2/10/2012
Deputy

STATE OF ILLINOIS
COUNTY OF DuPAGE

On FEB 10, 2012 before me, RONALD JUNG, personally appeared Peter Stasyuk, Valentina Stasyuk, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.   Signature _____

"OFFICIAL SEAL"
RONALD JUNG
Notary Public, State of Illinois
My Commission Expires Dec. 18, 2012

Exempt under provisions of Paragraph ___D___
Section    31-46,    Property    Tax    Code.
02-10-12    Aleksandr Flipsky
Date    Buyer,    Seller, or Representative