UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Peter Stasyuk

Debtor(s)

Case No.: 09-00883
Chapter: 7

Judge John H. Squires

## NOTICE OF STATEMENT OF FACTS, FORMAL ACTUAL NOTICE BEFORE THE WORLD, FAIR NOTICE BEFORE THE WORLD, DAMAGES, DUE PROCESS LACKING

**COMES NOW,** Trustee, Aleksandr Filipskiy, for ABUNDANT LIFE 122012 TRUST, and approaches this Honorable Court with notice of the following:

**STATEMENT OF FACTS, FORMAL ACTUAL NOTICE BEFORE THE WORLD.**

This statement is issued by Aleksandr Filipskiy is done under the penalties of perjury according to the laws of state of Illinois as drawn from first-hand personal knowledge and the public statements issued by the state of Illinois and United States. This duly sworn statement is presented under full faith and credit as mandatory judicial notice to all government actors of any nature or kind.

ANYONE CHOOSING TO CONTROVERT OR REFUTE MY STATEMENTS MUST DO SO AS A MAN UNDER THE SAME PENALTY OF PERJURY BOND FOR TRUTH AS I ISSUE HEREIN.

1. Evidence of debt does not prove or evidence a LOAN of any value, nature or kind.

2. Failure on a public record of evidence of a loan, valuable consideration, voids any and all claims or liens against any property whatsoever.

3. No payment can be made or collection attempted in the face of a federal Permanent Injunction discharging a personal debt call a note.

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 02 2014

JEFFREY P. ALLSTEADT, CLERK
PS REP. - CM

4. In a mortgage situation involving a deed of trust or a security agreement under whatever name the note is the substance upon which the security agreement or deed of trust is based.

5. Any claim, any alleged lien, any charge against property that is based on a discharged note through bankruptcy is absolutely void on its face.

6. No lien is valid or could be perfected without proof of value, fair consideration to support the alleged lien being on record before the world.

7. Any and all statements by attorneys, the banks they work for, servicers associated thereto or trustees operating for them are lies intended to deceive a discharged debtor, the Bankruptcy Court, United States tax department, and foreclosure court judges because there is no proof of consideration anywhere in the record that is shown nor could be shown by any attorney, bank, servicer, trustee, or any other party related to their positions in statement of false claims against a property in rem!

8. There is no in rem contract before any court under any mortgage situation.

9. There is no judicial process applied to or completed in any mortgage foreclosure issue which identifies in rem issue, contract, obligation, or benefit there under accruing or owing by any party.

10. In any foreclosure process whatsoever there is no record of a title being at issue.

11. In any of alleged mortgage document with a bank there is no title issue involved.

12. A deed transferring property is not title, it is merely evidence of title, or evidence indicating claim on title.

13. In any mortgage foreclosure process instituted by a bank, it's attorneys, it's trustees, it's servicers, it's nominees, or security agents there is no in rem subject matter BECAUSE THE NOTE AND ANY ALLEGED PLEDGE UNDER A DEED OF TRUST, SECURITY

AGREEMENT, OTHER OBLIGATION IS A PERSONAM ISSUE UPON A DISCHARGE DEBTOR. THE ALLEGED LIEN UNDER A DEED OF TRUST OR A SECURITY AGREEMENT IS WHOLLY AND COMPLETELY DEPENDENT UPON THE PERSONAM ISSUE OF AN ALLEGED DEBTOR.

14. A note in a mortgage situation is and in law personam transfer of obligations in an alleged contract between an alleged debtor, the homeowner and an alleged bank.

15. There is no in rem contract related to properties at issue in any mortgage foreclosure situation which is not based on an in personam issuance of a private security, nonnegotiable security, issued by the alleged debtor.

16. A bankruptcy discharge clearing a debtor of all personal obligations destroys utterly any alleged claim to any type of property complete BECAUSE ALL CLAIMS AGAINST PROPERTY, THE IN REM THING, ARE PERSONAL OBLIGATIONS ALLEGEDLY PLEDGED BY THE DEBTOR.

17. The bankruptcy court's discharge of debtors' personal obligations covers completely the result of all of those personal obligations as in this matter the alleged in rem attachment of property under personal obligation.

18. Claims of in rem jurisdiction are void on their face for lack of substance, lack of fair consideration being of record, and now ratified by Federal court order of discharge becoming RES JUDICATA!

19. The entire alleged contractual claims situation that the bank finds itself in is founded upon the note, a personal obligation that is discharged by bankruptcy order in personam relief.

## FAIR NOTICE BEFORE THE WORLD

1. Any judge, attorney, banker, servicer, trustee, or other associated party to the subject matter of this issue are held to the higher standards of knowledge, the higher standards of duty under the professional code and professional superior knowledge therein recognized in their professional standing, licensing, and certifications.

2. The law does not allow trespass upon Federal injunctions protecting debtors in personam issues in all properties principal and derivative having the basis in the discharge of a personam contract or note.

3. Any and all higher knowledge and duty individuals that commit deceptive practices, failure to disclose, unethical practice in their profession, intentionally commit a tort which is perfected by failing to clarify and fully identify the consideration at the basis of all alleged mortgage contracts along with all of the subsequent claims found upon the personal issuance of a note.

## DAMAGES

1. Damages accrued on tort are now waved pending acts or omissions by any judge, attorney, trustee, servicer, or bank PROVING on open public record FAIR consideration being provided to establish their positions.

2. Any judge acting in any capacity over any individual assumes a position of trustee over the legal rights, the property, and property rights of those subject to the jurisdiction of the tribunal holding the RES, subject matter of the case and controversy at issue before said judge!

3. Any person or party challenging a standing bankruptcy discharge order is in contempt of a Federal permanent injunction, in breach of his oath of office, in contempt of United States and state law which is admission and confession of judgment proven by the records constructed and created by the parties associated in any case or controversy.

## DUE PROCESS LACKING

1. There is no public record anywhere of adequate and complete due process at any time related to the property identified hereto and herein which identifies and determines obligations and or benefits under an in rem jurisdiction issue.

2. The bankruptcy estate created by a debtor upon filing for relief places the bankruptcy court and his agent trustee as the protector of all properties associated to the estate.

3. Where the record in the bankruptcy court is naked of any exemption from discharge identifying in rem issue, and with no in rem issue recognized on the trustees claims register qualifying for exemption NO IN REM ISSUE RELATED TO THE DISCHARGED DEBTOR COULD BE POSSIBLE AT A LATER DATE.

4. The bankruptcy discharge order covers all debt not exempted or allowed in the claims register constructed by the duly bonded trustee.

5. ATTORNEYS FOR BANKS, TRUSTEES, SERVICERS, SECURITIES HOLDERS, AS UNDERWRITER OF THE STATEMENTS BEFORE THE BANKRUPTCY COURT ARE COMMITTING FRAUD BY NOT CLAIMING OR VERIFYING THEIR IN REM EXEMPTIONS FROM THE BEGINNING.

   Dated this May 2, 2014.

Respectfully submitted by:

ABUNDANT LIFE 122012 TRUST

By: _____

Aleksandr Filipskiy, Trustee
5077-109 Fruitville Rd, Ste 133
Sarasota, FL 34232

**STATE OF ILLINOIS**
**COUNTY OF** DuPage

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, **DO HEREBY CERTIFY** that Aleksandr Filipskiy, as Trustee for **Abundant Life 122012 Trust**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the foregoing instrument of 6 pages, appeared before me this day in person, and acknowledged to me that he signed, sealed and delivered the said instrument of 6 pages as his free and voluntary act, for the uses and purposes therein set forth.

**GIVEN UNDER MY HAND AND OFFICIAL SEAL**, this 2nd day of May, 2014.

_____ Notary Public Signature and Printed Name
Julie Levins

OFFICIAL SEAL
JULIE LEVINS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES JAN. 25, 2016

Page **6** of 6

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the following:

1. STATEMENT OF FACTS, FORMAL ACTUAL NOTICE BEFORE THE WORLD, FAIR NOTICE BEFORE THE WORLD, DAMAGES, DUE PROCESS LACKING

by placing a true and correct copy of same in the United States first class mail, and/or by E-mail, or Facsimile to the following parties:

Christopher J. Stasko
Codilis & Associates, P.C.
15W030 North Frontage Rd Suite 100
Burr Ridge, IL 60527

| | | |
|---|---|---|
| Christopher J. Stasko<br>Codilis & Associates, P.C.<br>15W030 North Frontage Rd<br>Suite 100<br>Burr Ridge, IL 60527 | Amex<br>PO Box 981537<br>El Paso, TX 79998 | Bk of Amer<br>4060 Ogletown/Stan<br>Newark, DE 19713 |
| Capital 1 Fa<br>Attn- Credit Burea<br>Plano, TX 75093 | Chase<br>PO Box 901039<br>Fort Worth, TX 76101 | Chase<br>Bank One Card Serv<br>Westerville, OH 43081 |
| Citimortgage<br>PO Box 9438<br>Gaithersburg, MD 20898 | Colonial Bk<br>201 City National<br>Birmingham, AL 35203 | Countrywide<br>450 American St<br>Simi Valley, CA 93065 |
| Discover Fin Svcs Llc<br>PO Box 15316<br>Wilmington, DE 19850 | G. Michael Mahoney, Esq.<br>McLin & Burnsed, P.A.<br>PO Box 491357<br>Leesburg, FL 34749 | Gemb/Sams<br>PO Box 981400<br>El Paso, TX 79998 |
| Selfreliance Ukrainian<br>2332 W Chicago Ave<br>Chicago, IL 60622 | Selfrl Uk Cu<br>2351 W Chicago Ave<br>Chicago, IL 60622 | Tri-State Financial Svcs Inc<br>601 W Ogden Ave<br>Downers Grove, IL 60515 |

US Bank                    Von Maur                   US TRUSTEE
Cb Disputes                6565 Brady                 DAVID BROWN
Saint Louis, MO 63166      Davenport, IA 52806        400 S. County Farm
                                                        ste 330
                                                      Wheaton IL 60187

Dated this 2nd day of May, 2014.

                                        ABUNDANT LIFE 122012 TRUST
                                        By: [signature]
                                        Aleksandr Filipskiy, Trustee
                                        5077-109 Fruitville Rd, Ste 133
                                        Sarasota, FL 34232