UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Case No.: 09-00883 |
|---|---|
| | Chapter: 7 |
| Peter Stasyuk | |
| Valentina Stasyuk       Debtor(s) | Judge Donald R. Cassling (Kane) |

## EXPLANATION FOR GOOD CAUSE TO REOPEN ORIGINAL BANKRUPTCY AT JUDGE DONALD R. CASSLING'S REQUEST-FILING AS EMERGENCY

To the Honorable Bankruptcy Judge,

**COME NOW**, Debtors, PETER STASYUK and VALENTINA STASYUK, jointly with Aleksandr Filipskiy, as trustee for Abundant Life 122012 Trust, demand to have their case reopened and respectively represent:

1. The discharge order was issued on April 14, 2009.
2. The discharge order covered all personal debt.
3. Personal debt included promissory note.
4. The claims of the other parties are on security of the promissory note.
5. Promissory Note being discharged denies the right to pay upon security.
6. See attached Affidavit and Order. *Annex 1*
7. The Federal instrumentality Freddie Mac, states in writing upon search of www.freddiemac.com/corporate that they are the owner/holder of the note and the mortgage. CITIMORTGAGE in this current issue is representing that they are the owner/holder of the note and the mortgage. Their statements are not clear as to their position. CITIMORTGAGE and it's attorneys are making statements against the Federal instrumentality.
8. Debtors and Aleksandr Filipskiy, as trustee for Abundant Life 122012 Trust, demand complete review of these matters and the enforcement of the still enforced Federal permanent injunction protecting the discharged Note from collection.

**WHEREFORE** Debtors and Aleksandr Filipskiy, as trustee for Abundant Life 122012 Trust, demand the above entitled case to be reopened for the purpose of the protection of the standing Chapter 7 Bankruptcy Case Order.

Dated this May 29, 2014.

Respectfully submitted by:

By: *P. Stasyuk*
Peter Stasyuk

By: *[signature]*
Valentina Stasyuk

By: *[signature]*
ABUNDANT LIFE 122012 TRUST
Aleksandr Filipskiy, Trustee
5077-109 Fruitville Rd, Ste 133
Sarasota, FL 34232

B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 09-00883
Chapter 7

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Peter Stasyuk | Valentina Stasyuk |
| 329 S. Warwick Ave. | 329 S. Warwick Ave. |
| Westmont, IL 60559 | Westmont, IL 60559 |

Social Security / Individual Taxpayer ID No.:
xxx-xx-8009    xxx-xx-8008

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: April 14, 2009

Kenneth S. Gardner, Clerk
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752-1 | User: gbeemster | Date Created: 4/14/2009 |
| Case: 09-00883 | Form ID: b18 | Total: 19 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Peter Stasyuk | 329 S. Warwick Ave. | Westmont, IL 60559 | | |
| jdb | Valentina Stasyuk | 329 S. Warwick Ave. | Westmont, IL 60559 | | |
| tr | David R Brown, ESQ | Springer Brown Covey Gaertner &Davis | 400 South County Farm Road | Suite 330 | Wheaton, IL 60187 |
| aty | Alexey Y Kaplan | Kaplan Law Offices P C | 4043 West Dempster Street | Skokie, IL 60076 | |
| 13041154 | Amex | P.O. Box 981537 | El Paso, TX 79998 | | |
| 13041155 | Bk Of Amer | 4060 Ogletown/Stan | Newark, DE 19713 | | |
| 13041156 | Capital One Fa | Attn- Credit Burea | Plano, TX 75093 | | |
| 13041158 | Chase | Bank One Card Serv | Westerville, OH 43081 | | |
| 13041157 | Chase | Po Box 901039 | Fort Worth, TX 76101 | | |
| 13041159 | Citimortgage | Po Box 9438 | Gaithersburg, MD 20898 | | |
| 13041160 | Colonial Bk | 201 City National | Birmingham, AL 35203 | | |
| 13041161 | Countrywide | 450 American St | Simi Valley, CA 93065 | | |
| 13041162 | Discover Fin Svcs Llc | Po Box 15316 | Wilmington, DE 19850 | | |
| 13041163 | G. Michael Mahoney, Esq. | McLin &Burnsed, P.A. | PO Box 491357 | Leesburg, FL 34749 | |
| 13041164 | Gemb/Sams | Po Box 981400 | El Paso, TX 79998 | | |
| 13041165 | Selfreliance Ukrainian | 2332 W Chicago Ave | Chicago, IL 60622 | | |
| 13041166 | Selfrl Uk Cu | 2351 W Chicago Ave | Chicago, IL 60622 | | |
| 13041167 | Tri-State Financial Services, Inc. | 601 W. Ogden Ave. | Downers Grove, IL 60515 | | |
| 13041168 | Us Bank | Cb Disputes | Saint Louis, MO 63166 | | |

TOTAL: 19