## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No.: 09-00883 |
| | Chapter: 7 |
| Peter Stasyuk | |
| Valentina Stasyuk          Debtor(s) | Judge Donald R. Cassling |

### AFFIDAVIT IN SUPPORT:

1. **EXPLANATION FOR GOOD CAUSE TO REOPEN ORIGINAL BANKRUPTCY AT JUDGE DONALD R. CASSLING'S REQUEST-FILING AS EMERGENCY.**
2. **EMERGENCY MOTION TO RECALL ON THE BOND OF CASE NUMBER 09-00883.**
3. **EMERGENCY MOTION TO SECOND CALL ON THE BOND OF UNITED STATES TRUSTEE AND THE UNITED STATES FOR FIDELITY TO ITS OWN STATEMENTS.**
4. **EMERGENCY MOTION TO SECOND CALL ON THE BOND OF UNITED STATES TRUSTEE AND THE UNITED STATES FOR FIDELITY TO ITS OWN STATEMENTS.**

### AFFIDAVIT

I, Aleksandr Filipskiy, make this Declaration by Affidavit, having first hand personal knowledge of the matters stated herein and do here testify to same as testimony taken before a Notary Public duly sworn under the pains and penalties of perjury under the laws of United States of America, 28 USC 1746.1.

We, Peter Stasyuk and Valentina Stasyuk, have reviewed this affidavit and charging instrument and believe that each of the statements here is true. We join in making this statement to the Court in order to protect our property, our property rights, our contract for a fresh start with the United States as represented in the discharge issued April 14, 2009, case number 09-00883. Our statements here are made under the pains and penalties of perjury under our best belief and knowledge.

I, Aleksandr Filipskiy one of the trustees for Abundant Life 122012 Trust. Annex 1 certifies that position. I have reviewed the Stasyuks closing documents from the begging to the

present moment and make my statements here and based on those documents and my personal experience.

Abundant Life 122012 Trust has an interest in the property, 329 South Warwick Avenue, Westmont, Illinois, and is a party of interest in the Bankruptcy case matters, bankers, and auditors, in both formal and informal settings. As trustee for, Abundant Life 122012 Trust, I have been involved in over 100 real estate purchases.

I present my testimony to this United States Bankruptcy Court seeking to be questioned about my knowledge of the facts and the law stated herein in order to be recognized as a truth teller and qualified expert.

All alleged mortgage transactions in the United States follow a certain limited and specific sets of procedures. In order to understand each of the points, I will tell the story. The references made here to public documents are presented as judicial notice of a mandatory nature.

The laws of the United States and of the individual states are required to be recognized and executed by all public officers, or those claiming to be public officers. In the event any public officer or claimed public officer refuses to comply with the law, it is a tort! The tort may arise to a FELONY when wrongdoing is associated to a MORTGAGE TRANSACTION and duly noticed to said public officers in the event they failed to act to correct and report to appropriate authorities.

This affidavit and my sworn testimony is intended to act as evidence in further proceedings.

This affidavit is fair notice in the context of notice and opportunity to respond under the principles of due process.

## PRINCIPLES

1. No valid transaction of any nature can be ratified by anyone without proof of consideration being of record and accepted by all parties, in particular debtors in a US Bankruptcy case.

2. Evidence of debt, such as a promissory note or deed of trust and/or mortgage, is not proof of consideration.

3. Property title issues are settled by state law.

4. Valid or invalid , perfected or unperfected, liens are settled by state law. No lien or claim is valid without proof positive of consideration upon demand.

5. Evidence must be presented by the parties to the United States Bankruptcy Court and be of record otherwise it does not exist.

6. Any Bankruptcy Court official, be at the clerk, the trustee, or the bankruptcy judge, trespasses upon the case when the assumptions and rulings on facts not in evidences are made. Tampering with a public record, as in refusal to file or recognized documents presented for filing by a debtor is of the felony of tampering with a federal record.

7. Trespass on a case by a federal official is in fact they tort and a felony.

8. WAIVER ON TORT PRESENTED BYE THE AGGRIEVED PARTY GOES DIRECTLY TO COLLECTIONS THROUGH APPROPRIATE OFFICES AND IS PERFECTED BY THE RECORDS CONSTRUCTED AND CERTIFIED BY THE UNITED STATES DISTRICT BANKRUPTCY COURT IT'S CLERKS AND TRUSTEES.

9. Tampering with, misrepresenting, failing to construct completely and accurately the public records of United States Bankruptcy Court is a federal felony.

10. Firsthand duly sworn testimony must be before the bankruptcy court and all of its officers in order for any statement or writing to be given evidentiary value.

11. No attorney's statements words or submissions may be taken as sworn testimony to the United States Bankruptcy Court, it's trustee, or it's clerk, without said attorney first being duly sworn.

12. Secondhand statements are hearsay under the Federal Rules of Evidence.

13. MORTGAGE: In the ancient sense, an estate *in mortuo vidio* or dead pledge. At common-law, a qualified estate under a conditional conveyance given by way of security for the performance of an obligation, usually one for the payment of money. In the modern sense, a security or lien for the performance of an obligation. 36 AM JR 1st,mortgage ,section 2. A conveyance of property to secure the performance of some obligation, the conveyance to be void on the due performance of the obligation. *Id*, as taken from Ballantines Law dictionary.

14. Grounds for discharge are construed liberally in favor of debtor. All Federal Circuits. 765 ILCS 5/1 & 2, conveyance act;

```
765 ILCS 5/1) (from Ch. 30, par. 1)
    Sec. 1. Livery of seizin shall in no case be necessary for
the conveyance of real property; but every deed, mortgage or
other conveyance in writing, not procured by duress, and
signed by the party making the same, the maker or makers being
of full age and sound mind, shall be sufficient, without
livery of seizin, for the giving, granting, selling,
mortgaging, leasing or otherwise conveying or transferring any
lands, tenements or hereditaments in this state, so as, to all
intents and purposes, absolutely and fully to vest in every
donee, grantee, bargainee, mortgagee, lessee or purchaser, all
such estate or estates as shall be specified in any such deed,
mortgage, lease or other conveyance. Nothing herein contained
shall be so construed as to divest or defeat the older or
better estate or right of any person or persons, not party to
any such deed, mortgage, lease, or other conveyance.
(Source: P.A. 80-660.)

(765 ILCS 5/2) (from Ch. 30, par. 2)
    Sec. 2. Every estate, gift, grant, deed, mortgage, lease,
release, or confirmation of lands, tenements, rents, services
or hereditaments made or had, or hereafter to be made or had,
by any person or persons, being of full age and sound mind,
and not procured by duress, to any person or persons, and all
recoveries, judgments and enforcements had or made, or to be
had or made, shall be good and effectual to him, her or them
to whom it is or shall be so made, had or given, and to all
```

```
others, to his, her or their use, against the judgment debtor,
seller, donor, grantor, mortgagor, lessor, releasor, or
confirmor, and against his, her or their heirs, claiming the
same only as heir or heirs, and each of them, and against all
others having or claiming any title or interest in the same,
only to the use of the same judgment debtor, seller, donor,
grantor, mortgagor, lessor, releasor or confirmor, or his, her
or their heirs, at the time of the judgment, enforcement,
bargain, sale, mortgage, covenant, lease, release, gift or
grant made.
(Source: P.A. 84-546.)
```

15. The grantor or trustor of a deed of trust and/or mortgage in a current real estate transaction holds the right to withdraw the grant or alter the terms of said grant or deed of trust and/or mortgage on good cause. Good cause is failure of consideration, and intentional refusal to produce proof of consideration.

16. A promissory note is a personal debt. The issuer of said note holds authority to alter or cancel the note on good cause.

17. DISCHARGE IN BANKRUPTCY OF A PERSONAL DEBT, A PROMISSORY NOTE, VOIDS THE RIGHT OF PAYMENT OF ANY SORT AGAINST SAID DISCHARGED DEBT! NO RIGHT TO PAYMENT CAPTURES AND INCLUDES EXECUTION ON PROPERTY PLEDGED FOR SAID ALLEGED DEBT AS DISCHARGED! *Carpenter v Langdon*, (1873) 83 US 271, is still good standing order by the highest court of the United States where in separation of a note, i.e. promissory note, from a deed of trust and/or mortgage, makes the mortgage or deed of trust a nullity. THE BANKRUPTCY COURT DISCHARGE OF A PERSONAL DEBT, A PROMISSORY NOTE, THE SUBSTANCE OF ALL MORTGAGE OR REAL ESTATE TRANSACTIONS SEPARATES THE PROMISSORY NOTE FROM THE DEED OF TRUST and/or MORTGAGE OR UNPERFECTED LIEN.

17. Title 12 United States Code Sec. 29 bars specifically any claims against an alleged mortgage contract or allegedly pledged property that is extended beyond five years absent direct authority from the Comptroller the Currency to exceed or expand the five-year limit.

18. MISPRISION OF FELONY is proven by federal bankruptcy court officials, refusing to recognize wrongdoing reported to them.

This story is told in simple plain English. The story is founded upon personal experience in over 100 closings on real estate transactions, personal participation in 50 court cases as either an individual or a trustee along with extensive study of the relevant statutes, codes, and statements of law by US and state courts.

This story is based on the principles, facts, law, as applied through the procedures operated on behalf of banks and their corruption.

This affidavit is a challenge to the whole world and anyone that supports the current bank corruption. Anyone having relevant information or provable facts to refute my statements is invited to do so.

Conversely, anyone having the legal, moral, or contractual duty to respond and refute these statements and refuses or fails to do so will in fact be admitting and confessing judgment of their own wrongdoing.

References to statutes and codes here are relevant to every state and the United States under the Federal governing principle of full faith and credit. The principle of COMITY, recognition of the principles of law apply here.

The purchase of a home is a basic American experience. At the closing table there are only two parties. The seller and the buyer. These are the only two parties at the table and only two parties contracted together. The closing agent, the realtor, title insurance company, are all

servicers to this contract in order to facilitate the closing. None of these other parties are principles.

THERE IS NO BANK ANYWHERE THAT CAN SHOW A LEGAL RELATIONSHIP, A CONTRACT, AN AGREEMENT, WITH EITHER OF THE PARTIES AT THE CLOSING TABLE THE SELLER OR THE BUYER.

This statement is true and provable under the State and Federal Statutes governing corporate activities and their actions inclusive of omissions.

All corporations are paper or artificial entities limited specifically to the powers enumerated in their construction charter or corporate charter. All artificial persons must have a written record of their activities for any other acts to even be valid or even to take place. This is basic Horn Book law for corporations and without such record in evidence any claim by any bank that it loaned anything is false, knowingly so and provably so. The men that claim that they're operating under the corporate charter are the ones that put their name on the paper that commit the corporation to an act. These men must have authorization by the management the Board of Directors under proper certificate of appointment defining their powers in order to act. This is basic corporate law good anywhere in the United States.

THERE IS NO COPY OF DOCUMENTS OR RECORD ANYWHERE IN THE CLOSING PACKAGE OF ANY CORPORATE BANK STRUCTURE COMMITTING TO LOAN ANY ALLEGED BORROWER ANYTHING.

If this statement was untrue, any bank in any alleged mortgage transaction would simply produce their letter of commitment with proof of receipt by the alleged borrower and destroy all arguments possible by any alleged borrower!! Further proof would be had by identification of the

source of funds loaned, identification of the account and transfer instruments to the alleged borrower.

THERE IS NO RECORD OF THESE EVENTS OR DOCUMENTS ANYWHERE!

Therefore no loan could take place.

### SPECIAL NOTE TO THE COURT (Annex 2):

**The Federal instrumentality Freddie Mac, states in writing upon search of www.freddiemac.com/corporate shows that they are the owner/holder of the note and the mortgage.**

**CITIMORTGAGE in this current issue is representing that they are the owner/holder of the note and the mortgage. Their statements are not clear as to their position.**

**CITIMORTGAGE and it's attorneys are making statements against the Federal instrumentality.**

**This conflict of statements must be decided in favor of the Federal instrumentality in this Bankruptcy Court.**

Therefore: the bankruptcy case from the original 2009 discharged case number 09-00883 must be reopened under the controversy established by Citimortgage, it's attorneys, in their own statements.

NO LOAN TAKING PLACE AND PROVABLY SO MEANS THERE IS NO CONSIDERATION TO FOUND A VALID CONTRACT.

NO VALID CONTRACT MEANS EVERY STATEMENT TO EVERY COURT AND EVERY FORECLOSURE CASE , JUDICIAL OR NONJUDICIAL, IN THIS COUNTRY IS VOID ON ITS FACE.

NO VALID CONTRACT AT ISSUE BEFORE A COURT DEPRIVES SAID COURT OF JURISDICTION. THIS IS SIMPLY BECAUSE THERE IS NO CONTROVERSY BECAUSE THERE IS NO CONTRACT THAT COULD BE AT CONTROVERSY.

At the closing table, the seller exchanges his possession of property under a transfer document called a Deed of some sort to the buyer in exchange for a promissory note. This is an exchange contract. This contract is completed at the time of the exchange. The proof of this is the first document recorded in the county registry.

At that point the transaction is complete. The exchange contract is nontaxable.

NOTE: the deed of whatever name or kind transferring possession from the seller to the buyer is not title. The deed is merely a transfer instrument for possession of the property and is merely alleging a claim on TITLE that is not in evidence anywhere.

If this was not true, the document called title identifying the property would be of record and transferred to the buyer.

At some time someone associated with the closing invited a bank to the table without the knowledge of the seller or buyer.

The bank accepted the promissory note as value, stamped the instrument pay to the order of without recourse under proper officer signature. As a matter of fact and law in commerce this is a cash item.

The bank stamping the instrument pay to the order of without recourse admits it's received value from the issuer of the note the alleged borrower.

The admission by the bank that it received value from the alleged borrower is in fact and law proof that the bank is the borrower from the issuer of the promissory note.

The note as accepted and turned into a cash item is apparently used to back the funding for the check by the bank to the seller.

This is conversion. Conversion of an instrument while not *per se* unlawful is in fact and law, a fraud, when the issuers are not advised of all the relevant material facts of law associated with the conversion.

If this is not true why has no bank come forward to show the source, ownership, and transfer of funds to the seller. Again these three simple facts being of record would destroy any position contesting a bank foreclosure process.

Where the bank claims an interest in the property and bases their claim on the kind or amount of funds given to the seller is admitting one of two things. First, that the bank owned the funds, can prove the ownership and the transfer is part of some contract or commitment by the bank. Or, in the alternative, the bank is admitting it purchased the house and gifted it to the alleged borrower. The gift was in exchange for a deed of trust and/or mortgage. The deed of trust and/or mortgage allegedly being a lien or claim of value attached to the property. The gift by the bank was in exchange for a promissory note. AGAIN THIS IS AN EXCHANGE TRANSACTION OF SOME SORT.

The record in every mortgage or alleged mortgage transaction that I have reviewed, I found them naked completely of any explanation showing transfers of funds, identification of funds, identification of parties, identification of anyone receiving funds anywhere. WITHOUT THESE KINDS OF IDENTIFICATION BEFORE ANY ADJUDICATIVE TRIBUNAL THERE COULD BE NO PRESUMPTION OF CONSIDERATION EVER.

I believe based on the facts, the evidence I've reviewed, and the law governing these kinds of matters, the public records attached to foreclosure process, court records having subject

matter of foreclosing issues that the consideration issue is being avoided by all parties related to or having a fact upon a foreclosure, except the alleged borrower.

Returning to the county for the recorded documents. The first document recorded is the deed from the seller. No alleged borrower could pledge property under a deed of trust and/or mortgage to anyone absent having full right title and interest to do so. This is proof of payment received by a seller in a sale contract for possession of property. NO ONE CAN HAVE AN OWNERSHIP POSITION IN ANYTHING UNLESS THEY PAY FOR IT! The second document recorded is the deed of trust and/or mortgage. This is the grant of a claim to a bank of interest in the property issued by the new owner under the previously recorded deed transferred to the alleged borrower. This document does not qualify as either a deed or a trust. This document does not qualify as a mortgage. This document entitled DEED OF TRUST and/or MORTGAGE in its own body defines it as a security interest only.

This paper entitled DEED OF TRUST and/or MORTGAGE is pure heater under fraud of nondisclosure as stated above.

In the documents entitled DEED OF TRUST and/or MORTGAGE that I have reviewed, over 500, the term security instrument comes up a minimum of 15 times in each one.
Whether the document entitled DEED OF TRUST and/or MORTGAGE is a trust, a deed, or a security instrument does not appear to have been adjudicated anywhere.

More to the point, security agreements are only enforceable against personal chattel property, not real property as stated in the governing code.

Further, in the document entitled DEED OF TRUST and/or MORTGAGE nor in any other closing documents is the alleged borrower ever advised that his signature on a promissory

note or as grantor to the alleged DEED OF TRUST and/or MORTGAGE would ever be used as a public security instrument.

Failing to give notice to the issuer of a commercial instrument of value of any sort that said instrument would be used as a public security is a violation of federal securities law and security exchange law as well.

The bank under whatever name accepting the value of the promissory note and ratifying it as a cash deposit could never have a position to issue securities against their interest obtained through the misnamed DEED OF TRUST and/or MORTGAGE in such a manner.

The issuer of a security in order for it to be valid must be exposed to each party taking the security as valid. Further, the receiving parties upon their transfer are underwriting the veracity and truthfulness of all of the act prior to their receipt of any kind of instruments denominated as a security. This failure in due diligence attaches personal liability to anyone transferring any kind of security under Federal and International Securities Law and every banker and attorney knows or should know this. Securities are only authorized to be issued by specifically licensed and charter parties and done under their bond. THE ALLEGED BORROWER AS THE ISSUE OF THE PROMISSORY NOTE OR THE DEED OF TRUST and/or MORTGAGE WAS NEVER ADVISED THAT HIS ISSUE WOULD BE USED AS A SECURITY IN THE PUBLIC FORUM AND TRADED INTERNATIONALLY.

NOTE: In the event an issuer of a note or a deed of trust and/or mortgage approach the Securities and Exchange Commission with a complaint of fraud of any nature kind, the securities at that point would be void and all the transfer parties personally and individually liable to the current holder of said security.

In my experience and after extreme due diligence I believe, the facts show that anyone claiming ignorance of these facts has never adequately or fully reviewed a set of closing documents.

I BELIEVE AND BELIEVE THE FACTS SHOW THAT ANYONE IN ANY BENEFICIAL OR ADJUDICATIVE CAPACITY WHATSOEVER FAILING TO RECOGNIZE THESE FACTS HAS ONLY TWO POSITIONS. CLAIM IGNORANCE WHICH IS AN ADMISSION AND CONFESSION OF INCOMPETENCE IN A PROFESSIONAL CAPACITY. OR, ADMIT MISTAKE AND MAKE THE PARTY DAMAGED WHOLE!

IN EITHER CASE THERE IS A PROFESSIONAL, A MORAL, LEGAL AND AN OFFICIAL DUTY TO INVESTIGATE THESE MATTERS AND MY ALLEGATIONS AS CONTAINED IN THIS AFFIDAVIT.

### BANKRUPTCY COURT ISSUES:

Abundant Life 122012 Trust purchased the property from, Peter and Valentina Stasyuk, after a Bankruptcy discharge on a personal obligation, a promissory note. Case number 09-00883 and April 14, 2009.

The trust, acted in good faith in reliance on the statements of the United States Bankruptcy procedures and law there under that any attachments to a personal debt are discharged, are void by Federal Court order.

There is no perfected lien recorded anywhere that could pass through Bankruptcy .

Recording of a DEED OF TRUST and/or MORTGAGE is not a lien.

This is particularly on point when the power of sale is granted for a limited and specific purpose to collect on a discharged debt.

The statutes in Illinois are very clear. In order for a lien to be perfected there must be a court judgment and it must be recorded in the county.

THE BANKRUPTCY COURT THEN IN TWO THOUSAND NINE AND NOW HAS NO EVIDENCE WHATSOEVER IN FRONT OF IT OF A PERFECTED LIEN QUALIFYING TO PASS THROUGH BANKRUPTCY.

### WAIVER ON TORT

Abundant Life 122012 Trust, under the affidavit by trustee Alex, now issue statement of pending WAIVER ON TORT under the facts and law referenced by this affidavit and charging instrument.

As stated above this affidavit will be considered evidence in further actions and collections.

NO FINDINGS OF FACT BY THE UNITED STATES BANKRUPTCY COURT IN NORTHERN DISTRICT OF ILLINOIS FOR THE FOLLOWING ISSUES MEANS THE COURT MADE A PRESUMPTION, NOT AN EVIDENCE, NONETHELESS THE DISCHARGE ISSUED.

1. There is no record of a lien.

2. There is no first hand personal testimony or evidence qualifying as first-hand information presented by the alleged creditor.

3. There is no allegation or proof or evidence of good consideration at the beginning of this transaction from the date of purchase on March 12, 2004.

4. There is no evidence that anyone associated with ownership of this property from the origination of the transaction on March 12, 2004 purchase and then on August 12, 2012 (byTrust),

Trust), ever was notified or granted the right to use any document they issued as a public security.

5. There is no evidence anywhere that any alleged creditor claim against the property at issue herein holds any kind of title associated to said property at here insert the address.

TORT WITH DAMAGES WILL BE ASSESSED IN THE AMOUNT OF 20 MILLION AGAINST ANY AND ALL PARTIES, PRIVATE OR PUBLIC, AS WELL AS BEING ATTACHED TO PERSONAL PROPERTIES, TO THOSE ASSOCIATED WITH THE TAKINGS OF PROPERTY WITHOUT THE FINDINGS OF FACT, CONCLUSIONS OF LAW REQUIRED BY DUE PROCESS PRIOR TO TAKING OF ANY PROPERTY.

Abundant Life 122012 Trust, now in this present moment gives this formal actual notice of each of the above statements and demands investigation of these matters from the beginning. Further, as a man, I, Aleksandr Filipskiy, demand for investigation of these matters from the beginning as I move to protect Trust's property and property rights.

I(we), swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 5.29.14

Date: 05-29-14

Date: 05-29-14

Peter Stasyuk

Valentina Stasyuk

Aleksandr Filipskiy, as Trustee for
Abundant Life 122012 Trust

OFFICIAL SEAL
**WALTER LACKINGS**
NOTARY PUBLIC – STATE OF ILLINOIS
MY COMMISSION EXPIRES JULY 9, 2017

**STATE OF ILLINOIS**
**COUNTY OF**

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, **DO HEREBY CERTIFY** that PETER STASYUK, VALENTINA STASYUK, ALEKSANDR FILIPSKIY, personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons

whose names are subscribed to the foregoing instrument of 1 page, appeared before me this day in person, and acknowledged to me that she signed, sealed and delivered the said instrument of 1 page as her free and voluntary act, for the uses and purposes therein set forth.

**GIVEN UNDER MY HAND AND OFFICIAL SEAL**, this _29_ day of _May 2014_, ~~2012~~

_____ Notary Public Signature

_Walter G. Lackings_ _____ Printed Name

OFFICIAL SEAL
**WALTER LACKINGS**
NOTARY PUBLIC – STATE OF ILLINOIS
MY COMMISSION EXPIRES JULY 9, 2017

Prepared By and After Recording Return to:
**ABUNDANT LIFE 122012 TRUST**
**5077-109 FRUITVILLE RD**
**SUITE #133**
**SARASOTA, FL 34232**

*P. 1 of 3*

Area Above This Line Reserved for Official Use Only

# CERTIFICATE OF TRUST

## STATE OF FLORIDA
## COUNTY OF SARASOTA

The undersigned Trustee(s). being first duly sworn, on oath state:

1. The name of the Trust is: ABUNDANT LIFE 122012 TRUST

2. The date of the Trust instrument is: AUGUST 12, 2012
   The name of each grantor is:

   KEEPING KIDS IN THEIR HOME FOUNDATION CORP.

3. The powers of the Trustee(s) and the signature authority required to act are as follow:
   Trustee shall have the full powers and authority as described in **Exhibit "A" –**
   **Affidavit of Trust**, attached hereto and made a part hereof by reference.

4. The name and address of each Trustee empowered to act under the Trust instrument at the time of
   execution of this certificate:

   ALEKSANDR FILIPSKIY
   5077-109 Fruitville Rd, Ste 133
   Sarasota, FL 34232

5. The Trust instrument has not been terminated, revoked, modified or amended in any manner which
   would cause the representations contained herein to be incorrect:

6. Any person may rely upon this Certificate of Trust as proof of the existence of the Trust, and is
   relieved of any obligation or duty to verify any transaction entered into by the Trustee(s) is
   consistent with the terms and conditions of the Trust.

7. This Certificate of Trust is executed as evidence of the existence of the Trust, the terms and
   conditions of which are incorporated herein by reference. By the terms of the Trust, in
   event of the death, resignation or incapacity of the Primary Trustee(s), the Successor
   Trustee(s) shall become acting Trustee(s) without further act, bond or order.

8.  Title to Trust assets shall be taken in the following manner: WARRANTY DEED, QUITCLAIM DEED

9.  This Certificate of Trust is signed by all appointed and currently acting Trustee(s) of the Trust.

The statements contained in this Certificate of Trust are true and correct and there are no provisions in the Trust instrument, or amendments to it, that limit the powers of the Trustee(s) to sell, convey, pledge, mortgage, lease or transfer title to interests in real or personal property.

Date: April 1, 2014

Signature of Trustee:

Print Name: Aleksandr Filipskiy, as the appointed and currently acting Trustee.

# AFFIDAVIT OF TRUST

## STATE OF FLORIDA
## COUNTY OF SARASOTA

BEFORE ME, the undersigned authority, on this day personally appeared **ALEKSANDR F. FILIPSKIY**, as TRUSTEE, who being first duly sworn, deposes and says that:

1.  The following Trust is the subject of this Affidavit:

### ABUNDANT LIFE 122012 TRUST   DATED: August 12th, 2012

2.  The names of the currently acting Trustee(s) are:

### ALEKSANDR FILIPSKIY

3.  The Trust mailing address is:

### 5077-109 FRUITVILLE RD, #133
### SARASOTA, FL 34232

4.  The Trust is currently in full force and effect.

5.  The Trustee(s) powers, duties and responsibilities are as per the Declaration of Trust and Trust Agreement dated the 12th day of AUGUST, 2012, and the subsequent public records deed filings which show the Trustee(s) name(s).

6.  The signatories hereof are currently the acting Trustee(s) of the Trust named herein.

7.  The signatories hereof have been granted full power and authority under the Trust provisions to take the following action(s) without obtaining consent from the Beneficiaries, to wit:
    Full power to contract to sell, to grant options to purchase, to sell on any terms, to convey either with or without consideration, to convey said real estate or any part thereof, by leases to commence in praesenti or in futuro, and to renew or extend leases and to amend, change or modify leases and the terms and provisions thereof, to contract to make leases and to grant options to purchase the whole or any part of the reversion and to contract respecting the manner of fixing the amount of present or future rentals: to partition or exchange said real estate or any part thereof for other real or personal property, to grant easements or charges of any kind, to release, convey or assign any right, title or interest in or about said real estate or any part thereof, and to deal with said real estate and every part thereof in all other ways and for such other considerations as it would be lawful for any person owning the same to deal with the same, whether similar to or different from the ways above specified, at any time or times hereafter, including filing lawsuits and hiring counsel.

8.  The signatories hereof declare that the foregoing statements are true and correct, under penalty of perjury.

## FURTHER AFFIANT(S) SAYETH NOT.

Signed, sealed and delivered in the presence of:

_____ (Seal)
UNOFFICIAL WITNESS

_____ (Seal)
AFFIANT: Aleksandr Filipskiy, as the appointed
and currently acting Trustee.

Sworn to and described before me this 1st day of April, 2014.

_____
NOTARY PUBLIC
my commission expires 7/26/2014

(Seal)

# Loan Look-Up Tool

En español

To understand the options available for getting help with your mortgage – including the Administration's Home Affordable Refinance Program® (HARP) and the Home Affordable Modification Program (HAMP®) – it is important for you to know who owns your loan.

Using the secured look-up tool below, you can quickly find out if Freddie Mac owns your loan. **Please enter your information carefully** – a spelling error or other small mistake could cause an inaccurate result. Abbreviations, typos, or including the "Street Type" in the "Street Name" field can also lead to inaccurate results.

Home Affordable Refinance Program® and HAMP® are registered trademarks of the U.S. Department of Treasury.

## Self-Service Lookup

* Indicates required fields.

| | |
|---|---|
| * First Name | Peter |
| * Last Name | Stasyuk |
| * House Number | 329 |
| | Do not include "Street", "Avenue", "Drive", etc. in this form field. |
| * Street Name | Warwick |
| Street Suffix | Suffix ⌄ |
| Unit Number | |
| * City | Westmont |
| * State | IL ⌄ |
| | Format: ##### |
| * Zip Code | 60559 |
| | Enter last 4 digits only. Format: #### |
| * Last 4 Digits of Social Security Number | |

Why do we ask for Social Security?

* Verification ☑ By checking this box and clicking on the button below to submit this information, I confirm I am the owner of this property or have the consent of the owner to lookup this information.

Submit     Clear

## Support Information

If you are having difficulty paying your mortgage on time, your lender (also referred to as a mortgage servicer) should be your first call for assistance. They want to help you. The telephone number and mailing address of your mortgage lender should be listed on your monthly statement.

- **Be informed.** Visit our Mortgage Help Resource Center for information and guidance on alternatives to foreclosure, working with your lender, avoiding fraud and more.

- **Be patient and diligent.** Lenders are working hard to get to every call and sometimes it takes longer than you expect.

Yes! Our records show that Freddie Mac is the owner of your mortgage. Page 1 of 2

Case 09-00883    Doc 41    Filed 05/30/14    Entered 05/30/14 09:46:46    Desc Main
Document    Page 21 of 22

*P. 20 of 2*

Yes. Our records show that Freddie Mac owns your mortgage
and your note date (the date you closed your loan) – is March
12, 2004

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following:

1. NOTICE OF MOTION.
2. EXPLANATION FOR GOOD CAUSE TO REOPEN ORIGINAL BANKRUPTCY AT JUDGE DONALD R. CASSLING'S REQUEST-FILING AS EMERGENCY.
3. EMERGENCY MOTION TO RECALL ON THE BOND OF CASE NUMBER 09-00883.
4. EMERGENCY MOTION TO SECOND CALL ON THE BOND OF UNITED STATES TRUSTEE AND THE UNITED STATES FOR FIDELITY TO ITS OWN STATEMENTS.
5. AFFIDAVIT

by placing a true and correct copy of same in the United States first class mail, and/or by E-mail, or Facsimile to the following parties:

Christopher J. Stasko                    Chase
Codilis & Associates, P.C.               PO Box 901039
15W030 North Frontage Rd Suite 100       Fort Worth, TX 76101
Burr Ridge, IL 60527

Citimortgage
PO Box 9438
Gaithersburg, MD 20898

400 South County Farm Road
Suite 330
Wheaton, IL 60187


        Dated this 29th day of May, 2014.

                                         By: _P. S l M y_
                                         Peter Stasyuk

                                         By: _____
                                         Valentina Stasyuk

                                         By: _____
                                         ABUNDANT LIFE 122012 TRUST
                                         Aleksandr Filipskiy, Trustee
                                         5077-109 Fruitville Rd, Ste 133
                                         Sarasota, FL 34232