# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **Honorable** Donald R. Cassling | **Hearing Date** May 30, 2014 |
| **Bankruptcy Case** 09 B 00883 | **Adversary No.** |
| **Title of Case** Peter Stasyuk & Valentina Stasyuk | |

**Brief Statement of Motion**: Debtors' motion to reopen proceedings and ex-parte application to reopen claim case number 09-00883 under 11 USC Section 350(b), good cause, enforcement of standing order (Doc. #24)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

For the reasons stated on the record on May 30, 2014, Debtors' motion to reopen proceedings and ex-parte application to reopen claim case number 09-00883 under USC Section 350(b), good cause, enforcement of standing order is denied.

*Donald R. Cassling*
Donald R. Cassling
United States Bankruptcy Judge