UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Donald R. Cassling | Hearing Date | May 30, 2014 |
| Bankruptcy Case | 09 B 00883 | Adversary No. | |
| Title of Case | Peter Stasyuk & Valentina Stasyuk | | |

**Brief Statement of Motion**

Motion of Aleksandr Filipskiy for enforcement of standing permanent federal court injunction, enforcement of discharge order and demand for relief as stated acceptance of trustees bond under this 09-00883 nunc pro tunc (Doc. #28)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

For the reasons stated on the record on May 30, 2014, Motion of Aleksandr Filipskiy for enforcement of standing permanent federal court injunction, enforcement of discharge order and demand for relief as stated acceptance of trustees bond under this 09-00883 nunc pro tunc is denied.

Donald R. Cassling
United States Bankruptcy Judge