# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Donald R. Cassling | **Hearing Date** | May 30, 2014 |
| **Bankruptcy Case** | 09 B 00883 | **Adversary No.** | |
| **Title of Case** | Peter Stasyuk & Valentina Stasyuk | | |

**Brief Statement of Motion**: Application of Aleksandr Filipskiy to Set A Hearing on Emergency Motion (Doc. #38)

**Names and Addresses of moving counsel**:

**Representing**:

## ORDER

**IT IS HEREBY ORDERED** that the application to set hearing on emergency motion is granted.

*Donald R. Cassling*
Donald R. Cassling
United States Bankruptcy Judge