UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Donald R. Cassling | Hearing Date | May 30, 2014 |
| Bankruptcy Case | 09 B 00883 | Adversary No. | |
| Title of Case | Peter Stasyuk & Valentina Stasyuk | | |

**Brief Statement of Motion:** Debtors' Emergency Motion to recall on the bond of case number 09-00883 (Doc. #39)

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

For the reasons stated on the record on May 30, 2014, Debtors' emergency motion to recall on the bond of case number 09-00883 is denied.

Donald R. Cassling
United States Bankruptcy Judge